1

2

3

4

5

6                        UNITED STATES DISTRICT COURT
                       WESTERN DISTRICT OF WASHINGTON
7                               SEATTLE DIVISION

8   SAMUEL D. TAYLOR,                       Civil No. C12-0438-MAT

9        Plaintiff,

10       vs.                                ORDER AMENDING THE
                                            SCHEDULING ORDER
11  MICHAEL J. ASTRUE,
    Commissioner of Social Security,
12
         Defendant.
13
         Based on Defendant's Unopposed Motion to Amend the Scheduling Order, and that
14
    Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be
15
    amended as follows:
16
    •    Defendant shall have up to and including August 17, 2012, to file Defendant's responsive
17
         brief; and
18
    •    Plaintiff shall have up to and including August 31, 2012, to file a reply brief.
19
         DATED this 18th day of July, 2012.
20

21                                          _____
                                            Mary Alice Theiler
22                                          United States Magistrate Judge

23

    Page 1      ORDER - [C12-438-MAT]

1

2

Presented by:

3

s/ Kathy Reif

4
KATHY REIF
Special Assistant U.S. Attorney

5
Office of the General Counsel
Social Security Administration

6
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075

7
Telephone:  (206) 615-3851
Fax:  (206) 615-2531

8
kathy.reif@ssa.gov

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23