UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| SAMUEL D. TAYLOR, | Civil No. C12-0438-MAT |
| Plaintiff, | |
| vs. | ORDER AMENDING THE SCHEDULING ORDER |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

Based on Defendant's unopposed Motion to Amend the Scheduling Order, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including October 1, 2012, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including October 15, 2012, to file a reply brief.

This is defendant's second request for an extension of time, and for an unusually long period of time (45-days). No further extensions will be granted absent extraordinary circumstances, and the parties should note that the Court will not normally grant extensions greater than approximately 30-day intervals.

Page 1     ORDER - [C12-0438-MAT]

DATED this 29th day of August, 2012.

_____
Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ Kathy Reif
KATHY REIF
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-3851
Fax:  (206) 615-2531
kathy.reif@ssa.gov

Page 2        ORDER - [C12-0438-MAT]